UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

J. MARZINE WOOD and KRISTINA F. WOOD,

    Debtors.

Case Number: 2008-33538-dof
Carl Bekofske, Trustee

_____/

DONALD COLE and REBECCA COLE,

    Plaintiffs,

vs.

J. MARZINE WOOD and KRISTINA F. WOOD,

    Defendants.

Adversary Number: 08-03202-dof
Honorable Daniel S. Opperman

_____/

CARL F. SCHIER, P.L.C.
Carl F. Schier (P-19976)
Attorney for Plaintiffs
4036 Telegraph Road, Suite 204
Bloomfield Hills, Michigan 48302-2073
(248)645-1500
UAW Legal Services Plan
By: Lashonda Bourgeois-Lewis (P-63214)
By: Orene Bryant (P 42472)
Attorneys for Defendants
5125 Exchange Drive
Flint, Michigan 48507
(810) 257-0430

_____/

## ORDER

This matter having come before the Court at trial on June 28, 2010 and June 29, 2010, and the court having given its Opinion dated March 31, 2011, and made findings:

IT IS HEREBY ORDER that, for the reasons stated in the Opinion, the subject debt is dischargeable in Defendants'/Debtors' bankruptcy.

.

**Signed on April 06, 2011**

                        **/s/ Daniel S. Opperman**
                        **Daniel S. Opperman**
                        **United States Bankruptcy Judge**